Commonwealth *v.* Milligan, Appellant.

Submitted June 9, 1975. *William F. Ochs, Jr.,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Mills, Appellant.

Submitted June 9, 1975. *William J. Gallagher,* and *MacElree, Harvey, Gallagher & Kean,* for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Millslagle, Appellant.

Argued April 18, 1975. *Dante G. Bertani,* Public Defender, with him *John W. Peck, II,* Assistant Public Defender, for appellant; *Morrison F. Lewis, Jr.,* Assistant District Attorney, with him *Louis H. Ceraso,* Assistant District Attorney, and *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.